Name of Presiding Judge, Honorable Jack B. Schmetterer

Cause No. 09 B 43770                                Date November 23, 2009

Title of Cause: In re: Grand Auto and Truck Center Limited

Brief Statement of Motion: Order of Court

Names and Addresses of moving counsel:

Representing:

Names and Addresses of other counsel entitled to notice and names of parties they represent:

Forrest L. Ingram, P.C.                    Office of the U.S. Trustee
79 W. Monroe St., #900                     219 South Dearborn, #873
Chicago, IL 60603                          Chicago IL 60604

Counsel for Debtor

And see Service List

## ORDER

On Motion of Court, sua sponte, case set **December 17, 2009** at **10:30 A.M.** for hearing on setting bar date for filing of non-administrative claims and bar date for objections to said claims.

ENTER:

United States Bankruptcy Judge

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.