IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LTD. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-43770 |
| | ) | |
| | ) | Hearing: December 14, 2009 |
| | | at 10:00 am |

## APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR

NOW COMES the Debtor and Debtor in Possession, Grand Auto and Truck Center, Ltd. (the "Debtor"), and apply to this Honorable Court for authority to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman and E. Phillip Groben of the law firm of Forrest L. Ingram, P.C. (hereinafter "**FORREST L. INGRAM, P.C.**"), as attorneys for the Debtor, for these reasons:

1. On November 18, 2009, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. Debtor remain in possession of its assets and continues to conduct its business pursuant to 11 U.S.C. §§ 1107 and 1108.

3. Debtor will need to be represented by competent Chapter 11 counsel, and to that end seek to employ the attorneys of **FORREST L. INGRAM, P.C.** on a pre-petition retainer of $10,000.00, paid by a third party in accordance with the Engagement Agreement attached hereto as **Exhibit A**, and with the understanding that **FORREST L. INGRAM, P.C.**, since it is a small firm, may apply for fees once every two months. The hourly rates of the attorneys of Forrest L. Ingram, P.C. are $440 for Forrest L. Ingram, $275 for Peter L. Berk, and $200 for Michael V. Ohlman and E. Phillip Groben. The hourly rate of all law clerks is $90.

4.     **FORREST L. INGRAM, P.C.** has considerable experience in Chapter 11 proceedings and therefore is well qualified to represent the Debtor and Debtor in Possession. Among the many Chapter 11 Debtor whom the attorneys of **FORREST L. INGRAM, P.C.** have represented are: Del Ricco Brothers Construction, Inc., 88 B 13909 (confirmed); American Underground Engineering, Inc., 88 B 18726 (confirmed); Gojko and Andjelka Ilic, 92 B 14006 (confirmed); Spiers Graff Spiers [a partnership], 93 B 9928 (confirmed)  Dr. Galo L. Tan, M.D.S.C. 95 B 25772 (confirmed); Emerald Sewer and Plumbing, 97 B 17793 (confirmed); Midwest Imports International, Inc., 97 B7826 (confirmed); Chicago Security, Inc., 96 B 8254 (confirmed); Career Dimensions, Inc. 97 B 5418 (confirmed); Michael Kuchejda, 99 B 13732 (confirmed); Marjorie Lynn Mungo, 00 B 20606 (confirmed); Headline Promotions, Inc., 00 B 24010 (confirmed); James E. Collins, 00 B 6016 (confirmed); A&K Construction Co., Inc., 01 B 20980 (confirmed); Stanley and Lillian Golba, 01 B 04142 (confirmed); Zepeda Construction Services, Inc., 02 B 18501 (confirmed), Richard and Pamela Kortan, 07 B 07395 (confirmed), and David Kortan, 07 B 18547 (confirmed); Brook Architechture, Inc., 08 B 24913 (confirmed); New Mount Olive Church of God in Christ, 08 B 18742 (confirmed); Thomas Mechanical, 08 B 19687 (confirmed).

5.     It is in the best interests of the Debtor's estate and its creditors that the Debtor and Debtor in Possession be authorized to employ **FORREST L. INGRAM, P.C.** to represent the Debtor and Debtor in Possession in these proceedings.

6.     **FORREST L. INGRAM, P.C.** will render professional services, as follows:

   a. To advise and consult with the Debtor about its legal status and obligations and duties as Debtor in Possession;

   b. To aid the Debtor in negotiations with its creditors and in the drafting of a Plan of Reorganization;

   c. To advise and consult with the Debtor regarding claims that may be inappropriately filed or in error filed and to prepare and litigate objections thereto;

    d. To prepare motions, applications, and other court papers and to appear before the Court regarding such matters as set forth in said court papers and to seek relief in accordance with said court papers, together with the preparation of the necessary orders thereto;

    e. To defend actions that may be instituted against the Debtor in these proceedings, and to litigate matters relating to said proceedings; and

    f. To perform and do all legal services that may be required by the Debtor in connection with, among other things, preserving the property of the estate and other activities incident to these proceedings.

7. **FORREST L. INGRAM, P.C.** will not render any accounting services to the Debtor, nor will it prepare or file any tax returns on behalf of the Debtor.

8. To the best of its knowledge, **FORREST L. INGRAM, P.C.** and its attorneys have no material connection with the Debtor, its creditors or any other parties in interest or its respective attorneys. See the attached Affidavit of Proposed Attorney.

**WHEREFORE**, the Debtor and Debtor in Possession pray that they be authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, and E. Phillip Groben of **FORREST L. INGRAM, P.C.**, on a pre-petition retainer of $10,000 to represent the Debtor and Debtor in Possession in this Chapter 11 case, retroactive to October 30, 2009, in accordance with the attached Engagement Agreement and that **FORREST L. INGRAM, P.C.**, as a small firm, may apply for fees every two months. Debtor asks for such other and further relief as may be just.

                                                           Respectfully submitted,
                                                           GRAND AUTO AND TRUCK CENTER, LTD.

                                                           By:   /s/ Forrest L. Ingram
                                                                   One of Debtor attorneys

Forrest L. Ingram , #3129032
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858