IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LTD. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-43770 |
| | ) | |
| | ) | Hearing: December 14, 2009 at 10:00 am |

**ORDER ALLOWING EMPLOYMENT OF ATTORNEYS**

This matter came to be heard on the application of the Debtor and Debtor in Possession, GRAND AUTO AND TRUCK CENTER, LTD., for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as its attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession are authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Michael V. Ohlman, E. Phillip Groben and FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties, and that **FORREST L. INGRAM, P.C.**, may apply for fees every two months that Debtor is in Chapter 11.

This order is effective retroactively to October 30, 2009.

Dated:                                        BY THE COURT


                                        _____
                                        The Honorable Judge Jacqueline Cox
                                        U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.