IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LTD. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor. | ) | Case No. 09-43770 |
| | ) | |
| | ) | Hearing: December 14, 2009 |
| | | at 10:00 am |

## NOTICE OF MOTION

To:  See attached service list

PLEASE TAKE NOTICE that on November 30, 2009 at 9:30 AM**,** the undersigned will appear before the Honorable Judge Jack B. Schmetterer, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **APPLICATION TO EMPLOY ATTORNEYS FOR DEBTOR**, a copy of which is enclosed herewith and served upon you.


/s/ Forrest L. Ingram

Forrest L. Ingram #3129032
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on **November 7, 2009,** before the hour of 5 p.m.


/s/Forrest L. Ingram

## SERVICE LIST

**Via U.S. Mail**
**Debtor**
Grand Auto and Truck Center, Ltd.
2427 West Grand Avenue
Chicago, Illinois 60612

**Via CM/ECF and Fax**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604