**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  GRAND AUTO AND TRUCK CENTER   )
       LIMITED                        )
                                      )   Bankruptcy No. __09-43770__
                                      )
              Debtor.                 )   Chapter        __11__

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____ Forrest L. Ingram, P.C. _____

Authorized to Provide Professional Services to: _____ Grand Auto and Truck Center Limited _____

Date of Order Authorizing Employment: _____ October 30 _____

Period for Which Compensation is Sought:
From _____ October 30 _____, _2009_  through _____ February 28 _____, _2010_

Amount of Fees Sought: $ 12,179.00

Amount of Expense Reimbursement Sought: $ 1,084.12

This is an:  Interim Application ✓     Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ March 16, 2010 _____         _____ Forrest L. Ingram _____
                                                      (Counsel)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LIMITED | ) ) ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-43770 |
| | ) ) | Hearing: April 8, 2010 at 10:00 a.m. |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that I will appear on April 8, 2010 at 10:00 a.m. before the Honorable Jack B. Schmetterer, or any other Judge sitting in his stead, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn St., Chicago, IL, and will then and there present the First Interim Application for Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram, P.C., attorneys for the Debtor and Debtor in Possession, and request entry of orders in accordance with these applications. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
Michael V. Ohlman
Phil Groben
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service, by electronic filing through ECF, electronic mail, via facsimile, or by regular U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on March 17, 2010.

/s/ Forrest L. Ingram

## SERVICE LIST

**VIA CM/ECF**
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604

**VIA U.S. MAIL**
Aurora Bank FSB
25510 Commercentre Drive
Lake Forest, CA 92630

Sovereign Bank
PO Box 14833
Reading, PA 19612-4833

Dennis A. Dressler
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602

James Patrick Sullivan
Chapman and Cutler, LLP
111 W. Monroe St.
Chicago, IL 60603

**VIA ELECTRONIC MAIL AND U.S. MAIL**
Grand Auto and Truck Center, Ltd.
2427 W. Grand Ave.
Chicago, IL 60612

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK | ) | Judge Jack B. Schmetterer |
| CENTER, LIMITED | ) | |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-43770 |
| | ) | |
| | ) | Hearing: April 8, 2010 at 10:00 a.m. |

**FIRST INTERIM APPLICATION FOR COMPENSATION
FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF
FORREST L. INGRAM, P.C.**

FORREST L. INGRAM, P.C. ("Applicant") on behalf of its attorneys, duly appointed counsel for Debtor and Debtor in Possession Grand Auto and Truck Center, Limited (the "Debtor"), hereby makes its first interim application for compensation ("this Application") pursuant to Section 331 of the United States Bankruptcy Code and Rule 2016 and Local Rule 607 and requests that this Honorable Court enter an order allowing compensation for legal services rendered and reimbursement of expenses incurred from October 30, 2009 through February 28, 2010. In support of this Application, Applicant states as follows:

1. On October 30, 2009, Debtor, through its authorized agent, entered into an engagement agreement with Applicant for a Chapter 11 case.

2. On November 18, 2009, Applicant filed, on Debtor's behalf, the petition for relief under chapter 11, Case No. 09-43770.

3. On December 14, 2009, the Court entered an order in this case allowing employment of Applicant as Debtors' attorneys, retroactive to October 30, 2009. A copy of the order is attached hereto as **Exhibit A**.

4. Applicant has performed numerous legal services for the Debtor thus far in this case. The times and chronology of the Applicant's services rendered in the above-entitled proceedings for the period from October 30, 2009 through February 28, 2010, are scheduled in detail to the tenth of an hour and arranged *by natures* in **Exhibit B**, attached hereto. A copy of Exhibit B has been sent to the Debtors with a request for review of the details, and for objection, if any. The Debtors have not objected to any items listed, to any of the services rendered, nor to any of the fees requested.

5. Applicant's billing detail, arranged *by attorneys*, is attached hereto as **Exhibit C.**

6. A brief description of the credentials of each employee of Forrest L. Ingram, P.C. for whom compensation is sought is attached hereto as **Exhibit D.**

7. All services for which compensation is requested were in connection with these bankruptcy proceedings. All services performed after the commencement of the above-entitled proceedings were in connection with the performance of duties of the Debtor and Debtor in Possession as prescribed by the Bankruptcy Code or pursuant to orders of this Court.

8. Applicant requests the allowance of payment of compensation for legal services during the period October 30, 2009 through February 28, 2010 in the sum of $12,179.00.

9. The services rendered by Applicant were directly related and necessary to the preparation for and the administration of the Chapter 11 case, including, but not limited to, preparing the Debtor's chapter 11 petition and original schedules, representing the Debtor at its initial debtor interview and 341(a) meetings, preparing pleadings on the Debtor's behalf, attending court hearings on behalf of the Debtor, and corresponding with the Debtor's principals regarding various issues in the Debtor's chapter 11 case.

10. HOURS OF SERVICES SORTED BY CATEGORY OR "NATURE" – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of 53.7 hours of services during the current period. The hours, broken down by natures are summarized in **Exhibit B**. They are as follows:

   a. **Admin** Approximately 42.2 hours of time and services were rendered in connection with matters that were administrative in nature including, but not limited to, drafting a motion to extend time to file the Debtor's schedules, preparing the Debtor's schedules and statement of financial affairs, meeting with the Debtor and its accountant, of the bankruptcy filing, meeting with the Debtor's principals at Debtor's place of business to go over Debtor's records and financials, preparing for and attending the Debtor's 341(a) meeting, serving pleadings filed on behalf of the Debtor, and assisting the Debtor is preparing its monthly operating reports. For these services, Applicant seeks $9,458.00.

   b. **CM** Approximately 0.9 hours of time and services were rendered in connection with contested matters, including, but not limited to, reviewing motions to lift the automatic stay and planning how to deal with a claim by a bank creditor. For such services, Applicant seeks $405.00.

   c. **DS&P** Approximately 0.2 hours of time and services were rendered in connection with the Debtor's disclosure statement and plan, including discussing with the Debtor's principals the path to take towards reaching a confirmable plan. For such services, Applicant seeks $90.00.

   d. **Employ** Approximately 2.1 hours of time and services were rendered in connection For such services, Applicant seeks $468.00.

e. **Fee** Approximately 0.2 hours of time and services were rendered in connection with preparing a motion to employ the Applicant as Debtor's account and appearing on that motion as well. For such services, Applicant seeks $88.00.

f. **Fin** Approximately 0.2 hours of time and services were rendered in connection with speaking to a potential financier regarding debtor-in-possession financing for the Debtor. For such services, Applicant seeks $90.00.

g. **Pre-Tr** Approximately 2.1 hours of time and services were rendered in connection with pre-trial matters, including, but not limited to, preparing for a meeting with the Debtor, organizing materials relating to the Debtor's financial condition, and preparing for the Debtor's most immediate actionable needs. For such services, Applicant seeks $420.00.

h. **Resrch** Approximately 4.4 hours of time and services were rendered in connection with researching, including, but not limited to, researching possible lawsuits filed against the Debtor, reviewing a prior bankruptcy filing, and reviewing records with the recorder of deeds relating to the Debtor's real property. For such services, Applicant seeks $880.00.

i. **Trste** Approximately 1.4 hours of time and services were rendered in connection with appearing with the Debtor at its initial debtor interview and 341(a) meetings. For such services, Applicant seeks $280.00.

11. HOURS OF SERVICES SORTED BY ATTORNEYS AND CLERKS – The attorneys and clerks of Forrest L. Ingram, P.C. provided a total of approximately 53.7 hours of service, broken down by attorney, as indicated on **Exhibit C**. They are as follows:

    a. **Attorney Forrest L. Ingram** provided approximately 8.6 hours of service at $440.00 per hour prior to 01/01/2010 and $450.00 per hour after 01/01/2010, including all phases of the chapter 11 case.

    b. **Attorney Michael Ohlman** provided approximately 34.9 hours of service at $200.00 per hour prior to 01/01/2010 and $220.00 per hour after 01/01/2010, including all phases of the chapter 11 case.

    c. **Attorney Vik Chaudhry** provided approximately 1.3 hours of service at $175.00 per hour, including the administrative phase of the chapter 11 case.

    d. **Attorney Phil Groben** provided approximately 3.5 hours of service at $175.00 per hour, including the administrative phase of the chapter 11 case.

    e. **Legal Clerk Brad Opfermann** provided approximately 5.4 hours of service at $90.00 per hour, including the administrative phase of the chapter 11 case.

12. Applicant's customary fee includes actual compensation for time and services, fixed overhead, salaries, and unallocable costs.

13. Applicant has also expended costs in providing services to Debtors. Such costs, including filing fees, postage and copying costs, are set forth in **Exhibit E**, attached hereto. For such costs, Applicant seeks reimbursement in the sum of $1,084.12.

14. Applicant and Debtor agreed upon a $20,000 retainer, $14,539 of which has been paid by Peter Battaglia, a third party, non-creditor of the debtor and the brother of Nick Battaglia.

15. This Application and a Notice of Hearing on the Third Application has been sent to the Debtor, to the U.S. Trustee, and to parties entitled to notice. A Notice for Hearing on this application has likewise been sent to all other creditors and parties of interest, along with

a summary of all services provided by Debtor's counsel to the Debtors. A certificate of service for the Notice has been filed with the Clerk of the Court.

16. This Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A).

**WHEREFORE,** Applicant respectfully requests that the Court conduct an appropriate hearing on Counsel's application and allow a reasonable fee to Debtor's Counsel in the sum of $12,179.00 for services for the period from October 30, 2009 through February 28, 2010, plus costs of $1,084.12, for a total of $13,263.12. Applicant asks that it be authorized to apply funds from the retainer to the amounts awarded by the court. Applicant asks for such other relief as may be appropriate.

Respectfully submitted,

FORREST L. INGRAM, P.C.

/s/ Forrest L. Ingram
Attorney for Debtor

Forrest L. Ingram, #3129032
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 fax