## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LIMITED | ) ) | Judge Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-43770 |
| | ) | |
| | ) | Hearing: April 8, 2010 at 10:00 a.m. |

### ORDER GRANTING FIRST INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Compensation for Professional Services and Reimbursement of Expenses. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:
**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$12,179.00** of the professional compensation requested for the time period beginning October 30, 2009 and ending February 28, 2010.

2. FORREST L. INGRAM, P.C. is awarded **$1,084.12** for reimbursement of expenses for the time period beginning October 30, 2009 and ending February 28, 2010.

3. Applicant, FORREST L. INGRAM, P.C., is authorized to apply funds from the retainer to pay the total amount awarded by the court for reimbursement expenses, namely, $13,263.12.

Dated:                                                                BY THE COURT:

_____
The Honorable Jack B. Schmetterer
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

1