IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

### NOTICE OF HEARING

To:   See attached service list

    PLEASE TAKE NOTICE that on **April 28, 2010 at 10:00 a.m.,** the undersigned will appear before the Honorable Judge Schmetterer, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTOR'S OBJECTION TO CLAIM NO. 7 FILED BY SOVEREIGN BANK**, a copy of which is enclosed herewith and served upon you.

                                                                   /s/ Michael V. Ohlman
Forrest L. Ingram, #3129032                                One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838


### CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through and via US First Class Mail postage prepaid, as set forth on the attached service list, at or before 5:00 p.m. on the 17 March 2010

                                                                            /s/ Michael V. Ohlman

## **SERVICE LIST**

<u>VIA ECF Notice</u>
*Trustee*
William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, Illinois 60602

Sovereign Bank
c/o Dennis Dressel
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602

<u>Via U.S. Mail</u>

Sovereign Bank
Karen Tennant
3 Huntington Quadrangle
Melville NY  11747

Grand Auto and Truck Center, Ltd.
2427 W. Grand Ave.
Chicago, IL 60612

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
|    Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

### DEBTOR'S OBJECTION TO CLAIM #7 OF SOVEREIGN BANK PURSUANT TO BANKRUPTCY RULE 3007

NOW COMES the Debtor and Debtor in Possession GRAND AUTO AND TRUCK CENTER, LTD. ("Grand Auto" or "Debtor"), by and through its attorneys, FORREST L. INGRAM, P.C., and pursuant to Rule 3007 of the Rules of Bankruptcy Procedure objects to Claim #7 filed by SOVEREIGN BANK. In support of its objection, the Debtor states as follows:

    1. The Debtor is an Illinois corporation having its principal offices at 2427 W. Grand Ave., Chicago, IL 60612.

    2. On November 18, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The Debtor has retained possession of its assets and continues to operate and manage its business under 11 U.S.C. §§ 1107 and 1108.

    3. No examiner or trustee has been appointed in this case, and no official committee representing any of the unsecured creditors has been appointed.

    4. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334. The subject matter of this motion is a "core proceeding" under 28 U.S.C. §157(a) and (b)(2)(A), (B), (C), (H) and (K).

1

5. On December 21, 2009, Sovereign Bank filed its proof of claim listing a secured claim of $42,000 and unsecured claim of $51,100. The total amount of Sovereign Bank's proof of claim is $93,100. A copy of the proof of claim with its exhibits is attached hereto as Exhibit A.

6. Sovereign Bank attached to its claim a copy of a promissory note signed by representatives of the Debtor, a security agreement, title certificate and other documents memorializing the transaction. (See *Id.*)

7. The promissory note and security agreement provides for a purchase money security agreement of $53,921.33 for the purchase of a 2007 Ford/F-450 (vehicle identification number: 1FDXF46P57EA79408) with a 2007 Vulcan 810 tow hitch. The Debtor made an initial payment to Sovereign Bank of $6,017.00 decreasing the total loan amount to $47,904.33. (See Exhibit A, page 6)

8. Upon information and belief, Sovereign Bank repossessed the collateral in June of 2008. Sovereign Bank took this action against the collateral because the city impounded the vehicle due to unpaid tickets.

9. Because Sovereign Bank repossessed the property, they are no longer entitled to any secured claim.

10. As for its unsecured claim, Sovereign Bank did not include any documents to support its claim of an unsecured debt of $51,000. After a review of the Debtor's records, it is clear that the Debtor and Sovereign Bank never entered into an unsecured loan agreement encompassing $51,000.

11. Claim 7 should be disallowed in its entirety because Sovereign Bank has repossessed the collateral subject to the security interest and Sovereign Bank failed to attach necessary supporting documentation to provide a basis for the unsecured amount of $51,000.

12. Further, Debtor believes that Sovereign Bank included the additional unsecured amount of $51,000 in bad faith in order to collect a larger recovery upon confirmation.

WHEREFORE, the Debtor prays for an order disallowing the entire claim filed by Sovereign Bank as Claim No. 7, and to grant Debtor such other and further relief as may be just and appropriate.

Respectfully Submitted,
GRAND AUTO AND TRUCK CENTER, LTD

/s/ Michael V. Ohlman_____
One of the Debtors Attorneys

Forrest L. Ingram, #3129032
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

3