**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
|    Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m |

### ORDER MODIFYING CLAIM NO. 7

THIS CAUSE coming to be heard on the Debtor's Objection to Claim No. 7 filed by Sovereign Bank, proper notice having been provided by the Debtor and the Court being fully advised in the premises,

   IT IS HEREBY ORDERED:

   1.   Claim No. 7 filed by Sovereign Bank is hereby disallowed in its entirety

Dated:                                                                By the Court:

                                                                                                               _____
                                                                                                               Judge Jack B. Schmetterer
                                                                                                               United States Bankruptcy Judge

Prepared by Forrest L. Ingram P.C.