

Case Information Summary for Case Number

2009-CH-16608

| | |
|---|---|
| Filing Date: 5/8/2009 | Case Type: GENERAL CHANCERY |
| Division: Chancery Division | District: First Municipal |
| Ad Damnum: $0.00 | Calendar: 13 |

## Party Information

| Plaintiff(s) | Attorney(s) |
|---|---|
| 5701 CLAREMONT BUILDING CO | PATTERSON LAW FIRM LLC |
| | 1 NORTH LASALLE ST S |
| | CHICAGO IL, 60602 |
| | (312) 223-1699 |

| Date of Service | Defendant(s) | Attorney(s) |
|---|---|---|
| | BATTAGLIA NICK | |
| | GRAND AUTO TRUST CENTER | |
| | MARLIN LEASING CORPORATION | DEBORAH S. ASHEN LTD LAW |
| | | 217 N JEFFERSON #600 |
| | | CHICAGO IL, 60661 |
| | | (312) 655-0800 |
| | TORELLI EMANUELE | |

## Case Activity

Activity Date: 5/8/2009                    Participant: 5701 CLAREMONT BUILDING CO

### GENERAL CHANCERY FILED

Court Fee: 329.00                    Attorney: PATTERSON LAW FIRM LLC


Activity Date: 5/11/2009                    Participant: 5701 CLAREMONT BUILDING CO

### CASE SET ON CASE MANAGEMENT CALL

Date: 10/14/2009
Court Time: 0930                    Judge: MARTIN LEROY K JR
Court Room: 2008                    Attorney: PATTERSON LAW FIRM LLC


Activity Date: 5/18/2009                    Participant: MARLIN LEASING CORPORATION

### SUMMONS - RETD P.S.

Microfilm: CH000000000


Activity Date: 6/2/2009                    Participant: GRAND AUTO TRUST CENTER

### SUMMONS - RETD N.S.

Date: 6/1/2009


Activity Date: 6/3/2009                    Participant: BATTAGLIA NICK

### SUMMONS - RETD P.S.

Date: 6/2/2009


Activity Date: 6/3/2009                    Participant: TORELLI EMANUELE

### SUMMONS - RETD N.S.

Date: 6/2/2009


Activity Date: 6/12/2009                    Participant: 5701 CLAREMONT BUILDING CO

### ALIAS SUMMONS ISSUED AND RETURNABLE

Court Fee: 6.00                    Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                    Participant: 5701 CLAREMONT BUILDING CO

### MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 6/26/2009                    Attorney: PATTERSON LAW FIRM LLC
Court Time: 1000

Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 6/26/2009
Court Time: 1000                                          Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### EXHIBITS FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### EXHIBITS FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### NOTICE OF MOTION FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### NOTICE OF MOTION FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### PROOF OF SERVICE FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### PROOF OF SERVICE FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### MOTION FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 6/18/2009                                  Participant: 5701 CLAREMONT BUILDING CO

### MOTION FILED

Attorney: PATTERSON LAW FIRM LLC

Case 09-43770   Doc 39-2   Filed 03/17/10   Entered 03/17/10 22:53:57   Desc Exhibit
B   Page 4 of 12

Activity Date: 6/26/2009                           Participant: 5701 CLAREMONT BUILDING CO

APPOINT SPECIAL DEPUTY - ALLOWED -

Court Room: 2008

Judge: MARTIN LEROY K JR
Microfilm: CH090860631

Activity Date: 6/26/2009                           Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 8/7/2009
Court Time: 0930
Court Room: 2008

Judge: MARTIN LEROY K JR
Microfilm: CH090860631

Activity Date: 7/16/2009                           Participant: 5701 CLAREMONT BUILDING CO

ALIAS SUMMONS ISSUED AND RETURNABLE

Court Fee: 6.00                           Attorney: PATTERSON LAW FIRM LLC

Activity Date: 7/16/2009                           Participant: 5701 CLAREMONT BUILDING CO

ALIAS SUMMONS ISSUED AND RETURNABLE

Court Fee: 6.00                           Attorney: PATTERSON LAW FIRM LLC

Activity Date: 7/28/2009                           Participant: 5701 CLAREMONT BUILDING CO

MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 8/26/2009
Court Time: 1000

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 7/28/2009                           Participant: 5701 CLAREMONT BUILDING CO

***DEFAULT(SET FOR MOTION HEARING)

Date: 8/26/2009
Court Time: 1000

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 7/28/2009                           Participant: 5701 CLAREMONT BUILDING CO

***JUDG. OF FORECLOSURE & SALE(SET FOR MOTION HEARING)

Date: 8/26/2009
Court Time: 1000

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 7/28/2009                           Participant: 5701 CLAREMONT BUILDING CO

NOTICE OF MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Case 09-43770   Doc 39-2   Filed 03/17/10   Entered 03/17/10 22:53:57   Desc Exhibit
B   Page 5 of 12

Activity Date: 7/28/2009                     Participant: 5701 CLAREMONT BUILDING CO

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 7/28/2009                     Participant: 5701 CLAREMONT BUILDING CO

MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 8/7/2009                      Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 8/26/2009
Court Time: 1000                             Judge: MARTIN LEROY K JR
Court Room: 2008                             Microfilm: CH090993321

Activity Date: 8/26/2009                     Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 9/14/2009
Court Time: 1000                             Judge: MARTIN LEROY K JR
Court Room: 2008                             Microfilm: CH091041421

Activity Date: 8/26/2009                     Participant: MARLIN LEASING CORPORATION

MOTION TO - DENIED -

Court Room: 2008                             Judge: MARTIN LEROY K JR
                                             Microfilm: CH091041421

Activity Date: 9/3/2009                      Participant: 5701 CLAREMONT BUILDING C

CASE MGMT CALL NOTICE MAILED

Date: 10/14/2009
Court Time: 0930                             Judge: MARTIN LEROY K JR
Court Room: 2008

Activity Date: 9/14/2009                     Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 10/14/2009
Court Time: 0930                             Judge: MARTIN LEROY K JR
Court Room: 2008                             Microfilm: CH091143419

Activity Date: 9/21/2009                     Participant: MARLIN LEASING CORPORATION

APPEARANCE FILED - FEE PAID -

Case 09-43770   Doc 39-2   Filed 03/17/10   Entered 03/17/10 22:53:57   Desc Exhibit
B    Page 6 of 12

Court Fee: 198.00                                  Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: 5701 CLAREMONT BLDG CORP

EXHIBITS FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: 5701 CLAREMONT BLDG CORP

NOTICE OF MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: MARLIN LEASING CORP

NOTICE OF FILING FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: 5701 CLAREMONT BLDG CORP

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: MARLIN LEASING CORP

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 9/21/2009                           Participant: 5701 CLAREMONT BLDG CORP

MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 10/14/2009                          Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 10/22/2009
Court Time: 1130                          Judge: MARTIN LEROY K JR
Court Room: 2008                          Microfilm: CH091320145

Activity Date: 10/14/2009                          Participant: GRAND AUTO

DISMISS, STRIKE OR WITHDRAW A SPECIFIC DEFENDANT - ALLOWED -

Court Room: 2008                          Judge: MARTIN LEROY K JR
                                         Microfilm: CH091320145

Activity Date: 10/14/2009                                      Participant: BATTAGLIA

DISMISS, STRIKE OR WITHDRAW A SPECIFIC DEFENDANT - ALLOWED -

Court Room: 2008                    Judge: MARTIN LEROY K JR
                                    Microfilm: CH091320145


Activity Date: 10/14/2009                                      Participant: TORELLI

DISMISS, STRIKE OR WITHDRAW A SPECIFIC DEFENDANT - ALLOWED -

Court Room: 2008                    Judge: MARTIN LEROY K JR
                                    Microfilm: CH091320145


Activity Date: 10/15/2009                    Participant: 5701 CLAREMONT BUILDING

EXHIBITS FILED

                                    Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 10/15/2009                    Participant: 5701 CLAREMONT BUILDING

MOTION FOR EXTENSION OF TIME (SCR 323E) FILED

                                    Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 10/15/2009                    Participant: 5701 CLAREMONT BUILDING

NOTICE OF MOTION FILED

                                    Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 10/15/2009                    Participant: 5701 CLAREMONT BUILDING

PROOF OF SERVICE FILED

                                    Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 10/15/2009                    Participant: 5701 CLAREMONT BUILDING

MOTION FILED

                                    Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 10/22/2009                    Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 12/3/2009
Court Time: 0930                     Judge: MARTIN LEROY K JR
Court Room: 2008                     Microfilm: CH091373006


Activity Date: 10/22/2009                    Participant: 5701 CLAREMONT BUILDING CO

VACATE ANY OR ALL DEFAULT ORDERS - ALLOWED -

Court Room: 2008

Judge: MARTIN LEROY K JR
Microfilm: CH091373006

Activity Date: 11/13/2009                    Participant: 5701 CLAREMONT BUILDING CO

MOTION SCHEDULED (MOTION COUNTER ONLY)

Date: 12/11/2009
Court Time: 1000

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 11/13/2009                    Participant: 5701 CLAREMONT BUILDING CO

***EXTEND TIME FOR FILING(SET FOR MOTION HEARING)

Date: 12/11/2009
Court Time: 1000

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 11/13/2009                    Participant: 5701 CLAREMONT BUILDING CO

NOTICE OF MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 11/13/2009                    Participant: 5701 CLAREMONT BUILDING CO

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 11/13/2009                    Participant: 5701 CLAREMONT BUILDING CO

MOTION FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BLDG CORP

EXHIBITS FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BLDG CORP

NOTICE OF FILING FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BLDG CORP

PROOF OF SERVICE FILED

Attorney: PATTERSON LAW FIRM LLC

Case 09-43770   Doc 39-2   Filed 03/17/10   Entered 03/17/10 22:53:57   Desc Exhibit
B    Page 9 of 12

Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BLDG CORP

REQUEST TO ADMIT FILED

Attorney: PATTERSON LAW FIRM LLC


Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 12/18/2009
Court Time: 0930                            Judge: MARTIN LEROY K JR
Court Room: 2008


Activity Date: 12/3/2009                    Participant: MARLIN LEASING CORPORATION

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2008                            Judge: MARTIN LEROY K JR


Activity Date: 12/3/2009                    Participant: 5701 CLAREMONT BUILDING CO

STRIKE FROM THE CALL - ALLOWED -

Date: 12/11/2009
Court Room: 2008                            Judge: MARTIN LEROY K JR


Activity Date: 12/18/2009                   Participant: MARLIN LEASING CORPORATIO

ANSWER TO COMPLAINT FILED

Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 12/18/2009                   Participant: MARLIN LEASING CORPORATIO

ANSWER TO COMPLAINT FILED

Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 12/18/2009                   Participant: MARLIN LEASING CORPORATIO

AFFIRMATIVE DEFENSE FILED

Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 12/18/2009                   Participant: MARLIN LEASING CORPORATIO

AFFIRMATIVE DEFENSE FILED

Attorney: DEBORAH S. ASHEN LTD LAW


Activity Date: 12/18/2009                   Participant: 5701 CLAREMONT BLDG CORP

NOTICE OF FILING FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 12/18/2009                          Participant: 5701 CLAREMONT BLDG CORP

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 12/18/2009                          Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 1/15/2010
Court Time: 0930                          Judge: MARTIN LEROY K JR
Court Room: 2008

Activity Date: 12/18/2009                          Participant: 5701 CLAREMONT BUILDING CO

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2008                          Judge: MARTIN LEROY K JR

Activity Date: 1/6/2010                          Participant: MARLIN LEASING

ANSWER FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 1/6/2010                          Participant: MARLIN LEASING

NOTICE OF FILING FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 1/6/2010                          Participant: MARLIN LEASING

PROOF OF SERVICE FILED

Attorney: DEBORAH S. ASHEN LTD LAW

Activity Date: 1/13/2010                          Participant: 5701 CLAREMONT

ANSWER TO AFFIRMATIVE DEFENSE FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 1/13/2010                          Participant: 5701 CLAREMONT

NOTICE OF FILING FILED

Attorney: PATTERSON LAW FIRM LLC

Case 09-43770   Doc 39-2   Filed 03/17/10   Entered 03/17/10 22:53:57   Desc Exhibit
B   Page 11 of 12

Activity Date: 1/13/2010                                    Participant: 5701 CLAREMONT

PROOF OF SERVICE FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 1/15/2010                          Participant: 5701 CLAREMONT BUILDING CO

CASE SET ON STATUS CALL

Date: 2/16/2010
Court Time: 0930                                  Judge: MARTIN LEROY K JR
Court Room: 2008

Activity Date: 2/16/2010                                    Participant: 5701 CLAREMONT

CERTIFICATE FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 2/16/2010                                    Participant: 5701 CLAREMONT

EXHIBITS FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 2/16/2010                                    Participant: 5701 CLAREMONT

NOTICE OF MOTION FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 2/16/2010                                    Participant: 5701 CLAREMONT

MOTION FILED

Attorney: PATTERSON LAW FIRM LLC

Activity Date: 2/16/2010                          Participant: 5701 CLAREMONT BUILDING CO

CONTINUANCE - ALLOWED -

Date: 3/31/2010
Court Time: 0930                                  Judge: MARTIN LEROY K JR
Court Room: 2008

Activity Date: 2/16/2010                          Participant: 5701 CLAREMONT BUILDING CO

SET BRIEFING SCHEDULE - ALLOWED -

Court Room: 2008                                  Judge: MARTIN LEROY K JR

https://w3.courtlink.lexisnexis.com/cookcounty/FindDock.asp?NCase=20...

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page