**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT – CHANCERY DIVISION**

5701 Claremont

v.

Marlin leasing

09 CH 16608

### STATUS ORDER

THIS CASE COMING before the Court on the Calendar or Progress Call for Chancery Calendar 13,

and the court being fully advised in the premises:

IT IS ORDERED: A ~~status~~ hearing will be held in this case on ____10/22/09____ at

~~11:30~~ (a.m.)/p.m. for hearing on Defendant Marlin Leasings motion to vacate Default judgment pursuant to Section 2-1401.

Plaintiff's have agreed to dismiss this matter as to Defendant's Grand Auto, Battiglia and torelle only, without costs or attorney fees and with prejudice. all matters pending against the only remaining Defendant Marlin Leasing to continue as set forth above

Name: _____
Atty. Code: the Patterson Law Firm
Attorney for: Plaintiff
Address: 1 N LaSalle # 2100
City: Chicago IL 60601
Phone Number: 312-225-1699
Atny # 45052

ENTERED
OCT 14 2009
DORO
CLERK OF THE CIRCUIT COURT
DEPUTY JUDGE LEROY K. MARTIN, JR.

JLS ___ JLL ___ book ✗ comp ✗