# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|     TRUCK CENTER, LTD. | ) | |
| | ) | |
|     Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

## ORDER MODIFYING CLAIM NO. 8

THIS CAUSE coming to be heard on the Debtor's Objection to Claim No. 8 filed by Marlin Leasing Corporation, proper notice having been provided by the Debtor and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED:

1. Claim No. 8 is reduced in the following ways:

    a. the secured amount of $80,000 is disallowed in its entirety;

    b. the unsecured claim of $41,879.75 is reduced to _____.

Dated:                                                                                          By the Court:

 

 

                                                                                        Judge Jack B. Schmetterer
                                                                                        United States Bankruptcy Judge

Prepared by Forrest L. Ingram P.C.