IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|     TRUCK CENTER, LTD. | ) | |
| | ) | |
|     Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

## NOTICE OF HEARING

To:   See attached service list

    PLEASE TAKE NOTICE that on **April 28, 2010 at 10:00 a.m.,** the undersigned will appear before the Honorable Judge Schmetterer, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTOR'S OBJECTION TO CLAIM NO. 11 FILED BY SOVEREIGN BANK**, a copy of which is enclosed herewith and served upon you.

                                                      /s/ Michael V. Ohlman

Forrest L. Ingram, #3129032                         One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through and via US First Class Mail postage prepaid, as set forth on the attached service list, at or before 5:00 p.m. on the 17 March 2010

                                                      /s/ Michael V. Ohlman

## **SERVICE LIST**

<u>VIA ECF Notice</u>
*Trustee*
William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, Illinois 60602

Sovereign Bank
c/o Dennis Dressel
Dressler & Peters, LLC
111 W. Washington Street, Suite 1900
Chicago, IL 60602

<u>Via U.S. Mail</u>

Sovereign Bank
Karen Tennant
3 Huntington Quadrangle
Melville NY  11747

Grand Auto and Truck Center, Ltd.
2427 W. Grand Ave.
Chicago, IL 60612

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

### DEBTOR'S OBJECTION TO CLAIM #11 OF SOVEREIGN BANK PURSUANT TO BANKRUPTCY RULE 3001 AND 3007

NOW COMES the Debtor and Debtor in Possession GRAND AUTO AND TRUCK CENTER, LTD. ("Grand Auto" or "Debtor"), by and through its attorneys, FORREST L. INGRAM, P.C., and pursuant to Rule 3007 of the Rules of Bankruptcy Procedure objects to Claim #11 filed by SOVEREIGN BANK. In support of its objection, the Debtor states as follows:

1. The Debtor is an Illinois corporation having its principal offices at 2427 W. Grand Ave., Chicago, IL 60612.

2. On November 18, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. The Debtor has retained possession of its assets and continues to operate and manage its business under 11 U.S.C. §§ 1107 and 1108.

3. No examiner or trustee has been appointed in this case, and no official committee representing any of the unsecured creditors has been appointed.

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334. The subject matter of this motion is a "core proceeding" under 28 U.S.C. §157(a) and (b)(2)(A), (B), (C), (H) and (K).

1

5. On January 12, 2010 Sovereign Bank filed its proof of claim listing a secured claim of $85,860.86. A copy of the proof of claim with its exhibits is attached hereto as Exhibit A.

6. Pursuant to Bankruptcy Rule 3001(a) the proof of claim should be immediately stricken because Sovereign's Notice does not "substantially conform to the Official Form". More specifically, the creditor failed to include the value of the property, the type of property, the interest rate and the amount of arrearages or other charges. In fact, all that is included is the name where notices should be sent and the amount of claim.

7. However, even if the Court does review the proof of claim, Sovereign Bank's secured claim should be denied.

8. Sovereign Bank attached to its claim a copy of a promissory note signed by representatives of the Debtor, a security agreement, title certificate and other documents memorializing the transaction. (See *Id.*)

9. The promissory note and security agreement provides for a purchase money security agreement of $57,354.83 for the purchase of a Ford/F-450 (vehicle identification number: 1FDXF46P47EB43163) with a 2007 Vulcan 810 tow hitch. The Debtor made an initial payment to Sovereign Bank of $5,677.00 decreasing the total loan amount to $51,677.83. (See Exhibit A, page 6)

10. On February 16, 2010, this Honorable Court entered an order modifying the automatic stay to enable Sovereign Bank to repossess and sell the aforementioned collateral. This order was unopposed by the Debtor. (See Exhibit B, Dkt. No. 32)

11. Upon information and belief, Sovereign Bank repossessed the collateral and is therefore no longer entitled to a secured claim.

12. Further, Sovereign Bank included, without justification, $18,772.32 in interest and $2,786.04 in attorney's fees as part of their alleged "secured claim". Sovereign Bank did not include any documents or affidavits to support those dollar amounts or their classification as secured or unsecured claims.

13. Claim 7 should be disallowed in its entirety because Sovereign Bank has failed to substantially conform to the appropriate Official Form, Sovereign Bank already repossessed the collateral subject to the security interest and Sovereign Bank failed to attach necessary supporting documentation to prove its claim.

WHEREFORE, the Debtor prays for an order disallowing the entire claim filed by Sovereign Bank as Claim No. 11, and to grant Debtor such other and further relief as may be just and appropriate.

                                                Respectfully Submitted,
                                                GRAND AUTO AND TRUCK CENTER, LTD

                                                /s/ Michael V. Ohlman
Forrest L. Ingram, #3129032              One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

3