**EXHIBIT A TO PROOF OF CLAIM OF SOVEREIGN BANK**

| | |
|---|---|
| Amount due and owing on Agreement as of default date (4/5/08)- | $64,302.50 |
| Interest from default date to petition date (11/18/09)- | $18,772.32 |
| Attorneys fees to petition date- | <u>$2,786.04</u> |
| **Total claim** | **$85,860.86** |