## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LIMITED, | ) ) | Case No. 09-43770 |
| | ) | Hon. Jack B. Schmetterer |
| Debtor, | ) | |

### ORDER

THIS MATTER coming to be heard on secured creditor SOVEREIGN BANK's ("SOVEREIGN") **Motion for an Order Directing the Debtor to Provide Adequate Protection and Directing the Debtor to Turn Over Equipment; or, in the Alternative, for an Order Modifying the Automatic Stay:**

IT IS HEREBY ORDERED as follows:

a) That the automatic stay arising pursuant to Section 362(a) of the Bankruptcy Code is hereby modified or terminated to permit SOVEREIGN to enforce its contractual and judicial remedies to recover and liquidate the following property:

One (1) 2007 Ford/F-450 Super Duty Truck, VIN: 1FDXF46P47EB43163, with a 2007 Vulcan 810

or to effect the recovery of any proceeds of such property.

b) ~~That the Debtor is hereby ordered to assemble such property as referenced in SOVEREIGN's Motion for an Order Directing the Debtor to Provide Adequate Protection and Directing the Debtor to Turn Over Equipment; or, in the alternative, for an Order Modifying the Automatic Stay, at his principal place of business or residence for recovery by SOVEREIGN within ten (10) days of the date of this Order;~~ and

b.) Debtor and debtor's counsel will by letter within 2 days hereof notify debtor's counsel of whereabouts of said vehicle and identify of person possessing same.

c) That the provisions of Bankruptcy Rule 4001(a)(3) shall not apply.

Dated: Feb 16, 2010            Entered: _____
                                        United States Bankruptcy Judge

FEB 1 6 2010

Order Prepared by:
Dennis A. Dressler, Esq. (IL 06271183)
Dressler | Peters, LLC
111 West Washington Street
Suite 1900 Chicago, IL 60602
Phone: 312-602-7360
Fax: 312-637-9378
ddressler@dresslerpeters.com

2