**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
|    Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

## ORDER DISALLOWING CLAIM NO. 11

THIS CAUSE coming to be heard on the Debtor's Objection to Claim No. 11 filed by Sovereign Bank, proper notice having been provided by the Debtor and the Court being fully advised in the premises,

   IT IS HEREBY ORDERED:

   1.   Claim No. 11 filed by Sovereign Bank is hereby disallowed in its entirety

Dated:                                                                              By the Court:


                                                                                                    _____
                                                                                                    Judge Jack B. Schmetterer
                                                                                                    United States Bankruptcy Judge




Prepared by Forrest L. Ingram P.C.