IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
|    TRUCK CENTER, LTD. | ) | |
| | ) | |
|    Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

## NOTICE OF HEARING

To:   See attached service list

     PLEASE TAKE NOTICE that on **April 28, 2010 at 10:00 a.m.,** the undersigned will appear before the Honorable Judge Schmetterer, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTOR'S OBJECTION TO CLAIM NO. 9 FILED BY LAW OFFICE OF STEVEN M. SHAYKIN, P.C.**, a copy of which is enclosed herewith and served upon you.

 

/s/ Michael V. Ohlman
One of the Debtors Attorneys

Forrest L. Ingram, #3129032
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Michael V. Ohlman, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties entitled to service at the address listed below, by electronic filing through and via US First Class Mail postage prepaid, as set forth on the attached service list, at or before 5:00 p.m. on the 17 March 2010

/s/ Michael V. Ohlman

1

## SERVICE LIST

<u>VIA ECF Notice</u>
*Trustee*
William T. Neary
Office of the U.S. Trustee, Region 11
219 South Dearborn, 8th Floor
Chicago, Illinois 60602

<u>Via U.S. Mail</u>

Law Offices of Steven M. Shaykin, P.C.
2227A Hammond Drive
Schaumburg, IL 60173

Grand Auto and Truck Center, Ltd.
2427 W. Grand Ave.
Chicago, IL 60612

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND | ) | Case No. 09 B 43770 |
| TRUCK CENTER, LTD. | ) | |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m. |

**DEBTOR'S OBJECTION TO CLAIM #9 OF THE LAW OFFICE OF
STEVEN M. SHAYKIN, P.C. PURSUANT TO BANKRUPTCY RULE 3001 AND 3007**

NOW COMES the Debtor and Debtor in Possession GRAND AUTO AND TRUCK CENTER, LTD. ("Grand Auto" or "Debtor"), by and through its attorneys, FORREST L. INGRAM, P.C., and pursuant to Rules 3001(a) and 3007 of the Rules of Bankruptcy Procedure objects to Claim #9 filed by the LAW OFFICE OF STEVEN M. SHAYKIN, P.C.  In support of its objection, the Debtor states as follows:

1. The Debtor is an Illinois corporation having its principal offices at 2427 W. Grand Ave., Chicago, IL 60612.

2. On November 18, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.  The Debtor has retained possession of its assets and continues to operate and manage its business under 11 U.S.C. §§ 1107 and 1108.

3. No examiner or trustee has been appointed in this case, and no official committee representing any of the unsecured creditors has been appointed.

1

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. §1334. The subject matter of this motion is a "core proceeding" under 28 U.S.C. §157(a) and (b)(2)(A), (B), (C), (H) and (K).

5. On December 29, 2009, the Law Office of Steven M. Shaykin, P.C. (LOSMS) filed its proof of claim listing an unsecured claim of $2,282.00 A copy of the proof of claim with its exhibits is attached hereto as Exhibit A.

6. Pursuant to Bankruptcy Rule 3001(a) the proof of claim should be immediately stricken and the claim denied because the proof of claim and supporting documents fail to "substantially conform to the Official Form". More specifically, the creditor failed to attach any relevant documents that evidence an account between the Debtor and LOSMS.

7. The proof of claim also does not include other customary documents attorneys use to prove that an account is due and owing or that an attorney-client relationship existed between LOSMS and the Debtor (i.e. a retainer agreement, hourly billings, lists of attorneys working on the matters, etc.).

8. However, even if the Court does review the proof of claim, LOSMS's unsecured claim should be denied.

9. The Debtor denies that LOSMS provided it any services or filed an appearance on its behalf. In fact, the Debtor denies even knowing of the existence of LOSMS until the claim was filed. After reviewing the Debtor's files, there are no documents that contain a reference to LOSMS.

10. Claim 9 should be disallowed in its entirety because LOSMS has failed to substantially conform to the appropriate Official Form, failed to provide documentation necessary to evaluate the claim, and because no services were ever rendered by LOSMS to the Debtor.

WHEREFORE, the Debtor prays for an order disallowing the entire claim filed by the Law Offices of Steven M. Shaykin, P.C. as Claim No. 9, and to grant Debtor such other and further relief as may be just and appropriate.

                                      Respectfully Submitted,
                                      GRAND AUTO AND TRUCK CENTER, LTD

                                      /s/ Michael V. Ohlman
Forrest L. Ingram, #3129032         One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

3