## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GRAND AUTO AND TRUCK CENTER, LTD. | ) ) | Case No. 09 B 43770 |
| | ) | |
| Debtor. | ) | Judge Jack B. Schmetterer |
| | ) | |
| | ) | Hearing: April 28, 2010 at 10:00 a.m |

## ORDER DISALOWING CLAIM NO. 9

THIS CAUSE coming to be heard on the Debtor's Objection to Claim No. 9 filed by the Law Offices of Steven M. Shaykin, P.C, proper notice having been provided by the Debtor and the Court being fully advised in the premises,

    IT IS HEREBY ORDERED:

    1.    Claim No. 9 filed by the Law Offices of Steven M. Shaykin, P.C is hereby disallowed in its entirety

Dated:                                                      By the Court:

                                                                                                                              _____
                                                                                                                              Judge Jack B. Schmetterer
                                                                                                                               United States Bankruptcy Judge

Prepared by Forrest L. Ingram P.C.