## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRAND AUTO AND | ) Case No. 09 B 43770 |
|     TRUCK CENTER, LTD. | ) |
| | ) |
|     Debtor. | ) Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing: March 18, 2010, 10:00 a.m. |

### ORDER

This matter came to be heard on **Debtor's Motion to Extend Time to File the Disclosure Statement and Plan of Reorganization**.  Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

The Debtor is granted until May 26, 2010, to file its **Disclosure Statement and Plan of Reorganization**.

The status on the Debtor's Disclosure Statement and Plan of Reorganization is set for June 9, 2010 at 10:00 a.m.

Dated: 3/18/10

MAR 18 2010

BY THE COURT

_____

The Honorable Jack B. Schmetterer
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.