**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRAND AUTO AND | ) Case No. 09 B 43770 |
| TRUCK CENTER, LTD. | ) |
| | ) |
| Debtor. | ) Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing: June 17, 2010 at 10:00 a.m. |

## NOTICE OF MOTION

To:   See attached service list

    PLEASE TAKE NOTICE that on **June 17, 2010 at 10:00 a.m.**, the undersigned will appear before the Honorable Jack B. Schmetterer, Bankruptcy Judge, in Courtroom 682, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present **DEBTORS' SECOND MOTION TO EXTEND TIME TO THE PLAN AND DISCLOSURE STATEMENT**, a copy of which is enclosed herewith and served upon you.

                        /s/ Michael V. Ohlman_____
Forrest L. Ingram, #3129032                One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

    I, Michael V. Ohlman an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on June 9, 2010.


                               /s/Michael V. Ohlman

## SERVICE LIST

**By ECF Notice:**
**William T. Neary**
**Office of the U.S. Trustee, Region 11**
219 S. Dearborn, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Via U.S. Mail**
**Grand Auto and Truck Center, Ltd.**
2427 W. Grand Ave.
Chicago, IL 60612

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRAND AUTO AND | ) Case No. 09 B 43770 |
| TRUCK CENTER, LTD. | ) |
| | ) |
| Debtor. | ) Judge Jack B. Schmetterer |
| | ) |
| | ) Hearing: June 17, 2010 at 10:00 a.m. |

**DEBTORS' SECOND MOTION TO EXTEND TIME TO FILE DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION**

NOW COMES the Debtor and Debtor in Possession, Grand Auto and Truck Center, Ltd., ("Debtor") by and through its attorneys at Forrest L. Ingram, P.C., and for its Motion to Extend Time to File the Disclosure Statement and Plan of Reorganization, states as follows:

1. On November 18, 2009, Debtor filed their Chapter 11 petition.

2. This matter is classified as a small business case and the Debtor is still well within the 300-day period to file its Disclosure Statement and Plan of Reorganization as set forth in 11 U.S.C. § 1121(e)(2).

3. The deadline to file the Debtor's Disclosure Statement and Plan of Reorganization is set for Monday, March 15, 2010.  The Debtor sought and was granted an extension of time to file the Disclosure Statement and Plan of Reorganization until May 25, 2010; however, some of the same issues are plaguing the Debtor making it unable to prepare the Disclosure Statement and Plan.

4. As was stated previously, the Debtor operates its business in a building located at 2427 Grand Ave. Chicago, Illinois.  The Debtor does not currently own the building they occupy.

5.   Due to circumstances outside of the Debtor's control, the Debtor's place of business is facing foreclosure. If the mortgagor is successful, the Debtor will be forced to move its operations or make arrangements with the new owner. The Debtor has sought to find alternate locations and/or a friendly buyer for the building so that they may continue operations.

6.   In order to prepare a plan of reorganization it is necessary for the Debtor to locate a suitable building to continue their operations or make arrangements with the mortgagor to assume the mortgage payments or enter into a lease agreement.

7.   Therefore, Debtor's attorneys seek an extension to file its Disclosure Statement and Plan of Reorganization to August 16, 2010.

8.   Debtor's request for extension of time is not done to prejudice any parties in the case, but simply to allow the Debtor to have a more accurate understanding of its continuing financial obligations.

   WHEREFORE, Debtor respectfully request that this Court enter an order extending time to file the Debtor's Disclosure Statement and Plan of Reorganization to August 16, 2010 and such other and further relief this court may deem just.

                                        Respectfully submitted,
                                        GRAND AUTO AND TRUCK CENTER, LTD.

                                        /s/ Michael V. Ohlman_____
Forrest L. Ingram, #3129032             One of the Debtors Attorneys
Michael V. Ohlman # 6294512
Philip Groben #6299914
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838